

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2022

No. 04-22-00108-CR

**IN RE** Frediz **DE LA CRUZ** De La Cruz and Elio Enay Rudamas,
Relators

Original Proceeding[1]

### ORDER

On February 21, 2022, Relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 6, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Relators' efforts to have the Honorable Stephen B. Ables, Presiding Judge of the Sixth Administrative Judicial Region, Kerr County, Texas, to reinstate three county court at law judges "to alleviate the crowded dockets in Kinney County."